**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MARTIN, Appellant.** [639 NYS2d 959]

Ordered that the judgment is reversed, on the law, the plea is vacated, the complainant's showup identification is suppressed, and the matter is remitted to the Supreme Court, Queens County, for further proceedings, including an independent source hearing (*see, People v James,* 218 AD2d 709). Bracken, J. P., Rosenblatt, O'Brien and Goldstein, JJ., concur.

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO MARTINEZ, Appellant.** [639 NYS2d 962]

We agree with the defendant's contention that his waiver of the right to appeal was ineffective (*see, People v Callahan,* 80 NY2d 273, 283; *People v Seaberg,* 74 NY2d 1, 11). We have examined the defendant's contention that the sentences were excessive, and find it to be without merit (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Copertino, Hart and Florio, JJ., concur.